IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JARELL D. TERRY**
**ADC #149998** **PLAINTIFF**

**v.** **No: 4:26-cv-931-DPM**

**GAYLON LAY, Director,**
**Arkansas Division of Corrections;**
**J. GIBSON, Warden,**
**Arkansas Division of Corrections;**
**K. DAVIS, Deputy Warden,**
**Arkansas Division of Corrections;**
**E. HARRIS, Major,**
**Arkansas Division of Corrections;**
**B. BARNETT, Lieutenant,**
**Arkansas Division of Corrections;**
**S. JOHNSON, Captain,**
**Arkansas Division of Corrections;**
**T. WILLIAMS, Sergeant,**
**Arkansas Division of Corrections;**
**DOE, Dietitian,**
**Arkansas Division of Corrections** **DEFENDANTS**

## ORDER

**1.** The Court withdraws the reference.

**2.** Terry's motion, *Doc. 3*, is granted. His complaint will be dismissed without prejudice. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

D.P. Marshall Jr.
United States District Judge

26 October 2026